# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 17, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



          **Re:**    **Norris v. Lough Duff Rest Inc., d/b/a Brady's, et al.**
                   **Case 1:21-cv-09403-KPF**

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 23, 2022, at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                        Sincerely,

                                        By: /S/   B. Bradley Weitz
                                            B. Bradley Weitz, Esq. (BW9365)
                                            THE WEITZ LAW FIRM, P.A.
                                            Attorney for Plaintiff
                                            Bank of America Building
                                            18305 Biscayne Blvd., Suite 214
                                            Aventura, Florida 33160
                                            Telephone: (305) 949-7777
                                            Facsimile:  (305) 704-3877
                                            Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED to **April 13, 2022, at 4:00 p.m.**  As per the notice of initial pretrial conference, the conference will proceed by telephone. (Dkt. #7).

The Clerk of Court is directed to terminate the motion at docket entry 10.

Dated:   February 18, 2022          SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE